**STATEMENT OF FACTS**

On Friday, June 22, 2018, at approximately 10:22 p.m., an individual later identified as AMINA WASHINGTON-BEY (hereinafter WASHINGTON-BEY or "defendant") entered without authorization the grounds of the White House Complex, in the 1600 block of Pennsylvania Avenue, N.W., Washington, DC.

The White House complex, which includes, among other things, the White House Mansion and the Eisenhower Executive Office Building ("EEOB"), and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House Complex, which has an exterior fence surrounding it. The White House complex is a restricted grounds or area within the meaning of 18 U.S.C. §1752(C)(1)(A).

United States Secret Service ("USSS") Sergeant John Hilliard was on patrol when he was approached by civilians who stated that they had witnessed an individual jump the fence to the White House complex. Sergeant Hilliard responded to the area and observed WASHINGTON-BEY sitting on the fence in a restricted area of the northeast courtyard of the EEOB. Sergeant Hilliard grabbed WASHINGTON-BEY from over the secured fence of the EEOB and placed handcuffs on her. Additional officers responded to the scene and ordered WASHINGTON-BEY down off the ledge. WASHINGTON-BEY was the taken into custody, and escorted out of the restricted area.

WASHINGTON-BEY was moved to the area of 17th Street NW and Pennsylvania Ave. NW where she was searched by two uniformed USSS officers. After being searched, WASHINGTON-BEY was placed in the back of the transport vehicle where she agreed to answer questions from two USSS Special Agents seeking protective related intelligence. During the interview, WASHINGTON-BEY stated that she jumped the fence because she wanted to get her political point across, but did not inform the agents what that point was.

WASHINGTON-BEY is well-known to the USSS based on her multiple prior attempts to unlawfully enter the White House Complex and Grounds. A review of WASHINGTON-BEY'S prior criminal history establishes that she has been arrested and charged with unlawful entry at the White House on four prior occasions. WASHINGTON-BEY has also been charged multiple times with contempt of court for failing to abide by orders directing her to stay away from the White House grounds and complex. WASHINGTON-BEY is presently serving a three year term of release in Superior Court case 2016 CF2 020407 before Judge Raffinan for prison breach; this conviction arises from WASHINGTON-BEY's failure to abide by the terms of her imprisonment in a contempt case (2016 CMD 18985) arising out of her failure to stay away from the White House, as ordered in the underlying unlawful entry case (2016 CMD 19317). In addition, at the

time she was arrested in the instant case, defendant Washington-Bey was carrying a bag of medications used to treat schizophrenia.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1).

_____
Giovanni Rosa
Officer, United States Secret Service

Sworn and subscribed to me before this _____ day of June, 2018.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge